1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

| | |
|---|---|
| George Mani, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Law Office of Harris & Zide, Bank of America, N.A. and Does 1 through 5<br><br>Defendants. | Case No.: 15-cv-04882-LB<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS |

16
17  The Court has reviewed the Stipulation of Plaintiff George Mani and
18  Defendants Law Office of Harris & Zide and Bank of America, N.A. to dismiss
19
20  Defendants from this action with prejudice. Pursuant to the joint stipulation
21  between the parties, the Court orders as follows:
22      That Defendants Law Office of Harris & Zide and Bank of America,
23
24  N.A. are hereby dismissed from this action with prejudice. Each party shall bear
25  their own fees and costs.
26
27  **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS**
28

1  IT IS SO ORDERED.

2

3
   DATED: March 16, 2016                By: _____
4                                            Hon. Magistrate Judge
5                                            Laurel Beeler

6

7

...

26
   _____
27              [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS
                                    DEFENDANTS
28